# WAIVER OF INDICTMENT

FILED ✓    LODGED ___
RECEIVED ___    COPY ___

NOV 1 6 2017

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br>        Plaintiff,<br>vs.<br>Tyrien Windwalker Thompson,<br>        Defendant. | CR-17-08285-PCT-JJT |

TYRIEN WINDWALKER THOMPSON, the above-named defendant, who is accused of Second Degree Murder in violation of 18 U.S.C. § 1153, 1111 and 2 being advised of the nature of the charge and of his rights, waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Counsel for Defendant

Date    11/16/17